# MIN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
|   INTERNAL REVENUE SERVICE, : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | Case No. C2-14-CV-0398 |
| : | |
| DONALD W. DETRICK, *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER

The Honorable Judge Algenon L. Marbley hereby recuses himself from the above-styled case because Judge Marbley's son currently holds a position at JPMorgan Chase. The case is to be transferred back to the unassigned docket, and redrawn for assignment.

**IT IS SO ORDERED.**

  s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATE: April 30, 2014**