```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

United States of America          :
Internal Revenue Service,
                                  :      Case No. 2:14-cv-398
                                  :
      Plaintiff,
                                  :      Magistrate Judge Kemp
   v.
                                  :
Donald W. Detrick, et al.,
                                  :
      Defendants.

ORDER

The parties have moved for a 60-day stay of this case to allow Plaintiff time to comply with the settlement agreement. The motion sets forth good cause and the motion (Doc. 36) is therefore granted. All pending deadlines are vacated while the stay is in effect.

                                /s/ Terence P. Kemp
                                United States Magistrate Judge